

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-24-00371-CV

---

Texas Cancer Institute PLLC d/b/a Texas Cancer Specialists, Appellant

v.

Rachel Brightwell and Kassondra Grzankowski, Appellees

---

On Appeal from the 201st District Court
Travis County, Texas
Trial Court No. D-1-GN-23-002869

---

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's grant of summary judgment in favor of Rachel Brightwell and Kassondra Grzankowski and remand to the trial court for further proceedings

consistent with this opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 6th day of October 2025.


MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.